1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LLOYD LUTHER** | Case No. CIV-08-2993 EFB |
| **Plaintiff,** | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. | |
| **MICHAEL J. ASTRUE** **Commissioner of Social Security of the United States of America,** | |
| **Defendant.** | |

　　　　IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from June 23, 2009, to September 8, 2009.   This is Plaintiff's first extension and is required due to Plaintiff's counsel's extremely heavy briefing schedule through mid August 2009 and scheduled vacation.

////

////

////

1

| | | |
|---|---|---|
| 1 | Dated: June 22, 2009 | */s/Bess M. Brewer* |
| 2 | | BESS M. BREWER<br>Attorney at Law |
| 3 | | Attorney for Plaintiff |
| 4 | | |
| 5 | | |
| 6 | Dated: June 22, 2009 | Lawrence G. Brown<br>Acting United States Attorney |
| 7 | | */s/ Shea Lita Bond*<br>SHEA LITA BOND |
| 8 | | Special Assistant U.S. Attorney<br>Social Security Administration |
| 9 | | Attorney for Defendant |

**ORDER**

The parties' stipulation is approved and the extension is granted.  Given the length of the extension granted, the court is not inclined to grant further requests for extension of time.

SO ORDERED.

DATED: June 24, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2