IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LLOYD LUTHER,

    Plaintiff,                       No. CIV S-08-2993 EFB

    vs.

MICHAEL J. ASTRUE,           ORDER TO SHOW CAUSE
Commissioner of Social Security,

    Defendant.
_____/

    Plaintiff filed his complaint and a motion to proceed in this action *in forma pauperis* on December 9, 2008. Dckt. Nos. 1, 2. On December 12, 2008, this court granted plaintiff's motion to proceed *in forma pauperis* and issued a scheduling order setting forth, *inter alia*, a deadline by which defendant was required to file the administrative transcript and an answer or other response to plaintiff's complaint, and a deadline by which plaintiff was required to file a motion for summary judgment and/or remand. Dckt. No. 4. The scheduling order further provided that "[f]ailure to comply with any portion of this schedule may result in sanctions, including striking a motion from calendar, or striking the complaint or answer." *Id.* at 3. On May 6, 2009, defendant filed the administrative transcript and an answer to plaintiff's complaint. Dckt. Nos. 11, 12.

////

1  On June 23, 2009, the parties filed a stipulation to extend the deadline for plaintiff's
2  summary judgment motion from June 23, 2009 to September 8, 2009.  Dckt. No. 14.  On June
3  25, 2009, the undersigned approved the parties' stipulation and granted plaintiff the requested
4  extension.  Dckt. No. 15.  The court further stated that "[g]iven the length of the
5  extension granted, the court is not inclined to grant further requests for extension of time."  *Id.*
6  The court's docket reveals that plaintiff has not filed a motion for summary judgment,
7  and has not otherwise communicated with the court since the court approved the June 23, 2009
8  stipulation.  Accordingly, plaintiff is ordered to show cause in writing on or before October 23,
9  2009, why this case should not be dismissed for lack of prosecution.  Failure to timely file the
10 required writing will result in dismissal.  *See* Fed. R. Civ. P. 41(b).

11 SO ORDERED.

12 DATED: October 9, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2