IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LLOYD LUTHER,

    Plaintiff,                            No. CIV S-08-2993 EFB

    vs.

MICHAEL J. ASTRUE,              ORDER
Commissioner of Social Security,

    Defendant.
_____/

On October 9, 2009, this court issued an order directing plaintiff to show cause why this case should not be dismissed for lack of prosecution since plaintiff failed to file a motion for summary judgment on or before the deadline set by the court. Dckt. No. 16. On October 21, 2009, plaintiff responded to the order to show cause and requested that the time for filing plaintiff's motion for summary judgment be extended until Wednesday, October 28, 2009. Dckt. No. 17. Plaintiff's counsel acknowledges her negligence in failing to timely file a motion or a request for an extension of time, and states in her declaration that her "case load is seriously impacted"; that she is "working as quickly as possible to complete the briefs that [she] rescheduled due to [her] illness in August"; and that her legal assistant is on a four month leave of absence, effective September 16, 2009. *Id.* at 2, 3. Plaintiff's counsel further states that she believes plaintiff "has a meritorious claim and that his case should be judged on its merits," and

1

1    that "[o]pposing counsel does not object to the requested extension of time . . . ." *Id.* at 3.

2    Although the court already granted plaintiff a lengthy extension of time within which to file his summary judgment motion, and informed plaintiff that "the court is not inclined to grant further requests for extension of time," Dckt. No. 15, in light of plaintiff's representations and defendant's non-opposition to plaintiff's request, the October 9, 2009 order to show cause is discharged, and plaintiff's request for an extension of time is granted. On or before October 28, 2009, plaintiff shall file a motion for summary judgment and/or remand. All other motions/briefs shall be filed within the time limits prescribed in this court's December 12, 2008 scheduling order.

      IT IS SO ORDERED.

DATED: October 22, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2